# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DESSIDE HOLDINGS LIMITED,<br><br>        Petitioner,<br><br>vs.<br><br>MEGAWINE, INC., VADIM L. TOMCHIN, NATALIA LUKINA, GRANDPOINT BANK, and CITY NATIONAL BANK,<br><br>        Respondents. | Case No. 13-cv-08211-JAK-JCG<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE WHY VADIM TOMCHIN AND NATALIA LUKINA SHOULD NOT BE FOUND IN CONTEMPT FOR REFUSAL TO COMPLY WITH THIS COURT'S ORDER COMPELLING COMPLIANCE WITH SUBPOENAS SERVED PURSUANT TO THIS COURT'S ORDER** |

This matter came to be heard on May 20, 2014 on Desside Holdings Limited's ("Desside's") *Ex Parte* Application For An Order To Show Cause Why Vadim Tomchin And Natalia Lukina Should Not Be Found In Contempt For Refusal To Comply With Subpoenas Served Pursuant To This Court's Order (the "Ex Parte").

On April 21, 2014, this Court ordered Vadim Tomchin ("Tomchin") and Natalia Lukina ("Lukina") to show cause why they should not be found in contempt for their failure to appear for their Court-ordered depositions (the "Order"). The Order required Tomchin and Lukina to file a statement of cause, supported by a declaration under oath, to the Order, as well as their response to the facts stated in the Ex Parte, on or before May 6, 2014. The Order further required Desside to file a response to Tomchin's and Lukina's statement of cause on or before May 13, 2014, and granted Tomchin and Lukina the option to file a reply on or before May 16, 2014.

Upon consideration of the pleadings, papers, and records on file, the Court makes the following findings of fact:

1. Desside properly served the Order on Tomchin and Lukina pursuant to the Court's instructions.

2. Tomchin and Lukina disobeyed the Order and failed to file a statement of cause, or any document whatsoever, in response to the Order.

3. Tomchin and Lukina failed to contact Desside regarding the Order.

4. Pursuant to this Court's Order, Desside filed its Notice of Tomchin's And Lukina's Failure To File A Statement Of Cause on May 13, 2014 (the "Notice"). [Dkt. No. 37].

5. Tomchin and Lukina failed to file a reply to Desside's Notice.

6. Tomchin and Lukina failed to appear for the Order to Show Cause Hearing on May 20, 2014.

//
//

7. Tomchin and Lukina have failed and refused, and are failing and refusing, to obey and comply with this Court's Orders regarding their discovery obligations and are in civil contempt of said decrees.

On the foregoing findings of fact, and good cause appearing:

**IT IS HEREBY ORDERED** that Tomchin and Lukina are held in civil contempt of court;

**IT IS FURTHER ORDERED** that Tomchin and Lukina pay a sanction of $250.00 per day, per person, until they purge their contempt. This sanction is stayed for a period of seven (7) calendar days to afford Tomchin and Lukina another opportunity to comply with their discovery obligations. Tomchin and Lukina may purge their contempt by complying with the subpoena and their submission to a deposition, and the Court encourages them to do so;

**IT IS FURTHER ORDERED** that, in the event Tomchin and Lukina fail to purge their contempt within thirty (30) days of this Order, Desside may duly request, and the Court will issue, a writ of body attachment, under which Tomchin and Lukina shall be incarcerated until they comply with the Court's Orders.

DATE: May 27, 2014

_____
United States Magistrate Judge

Submitted by:

**BUCKLEYSANDLER LLP**

/s/ Fredrick S. Levin

Richard E. Gottlieb (State Bar No. 289370)
Fredrick S. Levin (State Bar No. 187603)
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Phone: (310) 424-3984
Facsimile: (310) 424-3960

*Attorneys for Petitioner Desside Holdings Limited*