UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8211 JAK (JCGx) | Date | January 29, 2015 |
|---|---|---|---|
| Title | *Desside Holdings Ltd. v. Megawine, Inc., et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | CS 1/29/2015 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frederick S. Levin | Peter Swarth |
| Daniel Paluch | Jeremy Friedman |

**Proceedings:**   **MINUTE ORDER DENYING RESPONDENT NATALIA LUKINA'S MOTION TO QUASH ARREST WARRANT**

Case called. Appearances announced.

The parties argue.

The Court questions counsel regarding respondent Natalia Lukina's location, her residence, and her telephone number, and no information is forthcoming.

The Court **DENIES** Ms. Lukina's motion to quash arrest warrant for the reasons stated in the opposition of petitioner Desside Holdings Ltd. ("Desside") and for the reasons articulated on the record.

Among other things, the Court finds that Ms. Lukina bears a relationship to the Encino residence at issue as evidenced by the deed of trust submitted by Desside; Ms. Lukina was properly served; Ms. Lukina also received actual notice through substitute service and alternative means; Ms. Lukina has otherwise has engaged in wilful conduct to evade her discovery obligations; and Ms. Lukina failed to satisfy her burden on these issues and notably failed to even submit a declaration on her own behalf.

The Court encourages Ms. Lukina – who holds the key to purge further contempt – to submit to a deposition forthwith and the Court cautions Ms. Lukina that her conduct has already resulted in notable delay and expense in the administration of justice, and she should aim to cure her conduct as the Court may be left without few options in the future other than the most onerous remedies.

*It is so ordered.*

cc:   U.S. Marshals Service
      Parties of Record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8211 JAK (JCGx) | Date | January 29, 2015 |
|---|---|---|---|
| Title | *Desside Holdings Ltd. v. Megawine, Inc., et al.* | | |

|  |  |  |
|---|---|---|
|  | 00 : 15 |  |
| Initials of Preparer | kh |  |