| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA || FOR COURT USE ONLY<br>DUE DATE: ||
|---|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM ||||
| 1. NAME<br>Fredrick S. Levin | 2. PHONE NUMBER<br>(310) 424-3900 || 3. DATE<br>Jan 30, 2015 |
| 4. FIRM NAME: BuckleySandler LLP | 5. E-MAIL ADDRESS: flevin@buckleysandler.com |||
| 6. MAILING ADDRESS<br>100 Wilshire Boulevard, Suite 1000 | 7. CITY<br>Santa Monica | 8. STATE<br>CA | 9. ZIP CODE<br>90401 |
| 10. CASE NUMBER<br>13-cv-08211-JAK-JCG | 11. CASE NAME<br>Desside Holdings Limited v. Megawine, Inc., et al. || 12. JUDGE<br>Jay C. Gandhi |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR  ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER |||

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Jan 29, 2015 | Digital Recording | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Hearing on Motion to Quash |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT ||
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY ||
| REAL TIME | ☐ |||

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

17. DATE: Jan 30, 2015

18. SIGNATURE: /s/

20. Month:  Day:  Year:
Transcript payment arrangements were made with:

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:  Day:  Year:

G-120 (09/12)