# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Desside Holdings Limited | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 13-cv-08211-JAK-JCG |
| v. | |
| Megawine, Inc., Vadim L. Tomchin, Natalia Lukina, Grandpoint Bank, and City National Bank | Second Amended **WARRANT FOR ARREST** |
| Defendant(s). | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  Vadim Tomchin

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☐ Indictment
☐ Information  ☑ Order of Court  ☐ Violation Petition       ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)
Contempt of Court

in violation of Title __18__ United States Code, Section(s) __401__

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 2/3/15   Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| *Lori Wagers* | By: Jay C. Gandhi |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Desside Holdings Limited | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br>V.<br>Megawine, Inc., Vadim L. Tomchin, Natalia Lukina, Grandpoint Bank, and City National Bank<br>Defendant(s) | 13-cv-08211-JAK-JCG<br><br>**WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: White | SEX: Male | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER |
|---|---|---|---|---|---|---|

| DATE OF BIRTH: | PLACE OF BIRTH | SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. | ISSUING STATE: |
|---|---|---|---|---|

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE: |
|---|---|---|---|---|---|

| LAST KNOWN RESIDENCE<br>24720 Calvert Street<br>Woodland Hills, CA 91367 | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: