## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Desside Holdings Limited | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 13-cv-08211-JAK-JCG |
| v. | |
| Megawine, Inc., Vadim L. Tomchin, Natalia Lukina, Grandpoint Bank, and City National Bank | Second Amended **WARRANT FOR ARREST** |
| Defendant(s). | |

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  Natalia Lukina

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint   ☐ Indictment
☐ Information  ☑ Order of Court  ☐ Violation Petition          ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)
 Contempt of Court

in violation of Title _____18_____ United States Code, Section(s) ____401_____

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 2/3/15   Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| SIGNATURE OF DEPUTY CLERK | By  Jay C. Gandhi |
| | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Desside Holdings Limited | CASE NUMBER: |
|---|---|
| Plaintiff(s) <br> V. | 13-cv-08211-JAK-JCG |
| Megawine, Inc., Vadim L. Tomchin, Natalia Lukina, Grandpoint Bank, and City National Bank <br><br> Defendant(s) | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: <br> White | SEX: <br> Female | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH | | SOCIAL SECURITY NO. | | DRIVER'S LICENSE NO | ISSUING STATE |
| ALIASES: <br> Natalia Loukina | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO | ISSUING STATE |
| LAST KNOWN RESIDENCE <br> 24720 Calvert Street <br> Woodland Hills, CA 91367 | | | | LAST KNOWN EMPLOYMENT: | | | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: