# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DESSIDE HOLDINGS LIMITED,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>MEGAWINE, INC., VADIM L. TOMCHIN, NATALIA LUKINA, GRANDPOINT BANK, and CITY NATIONAL BANK,<br><br>　　　　　Respondents. | Case No. 13-cv-08211-JAK-JCG<br><br>**ORDER COMPELLING THE CONTINUATION OF THE DEPOSITION OF MEGAWINE INC.** |

This Court having considered Desside Holdings Limited's ("Desside's") Emergency *Ex Parte* Application For An Order Compelling the Continuation of the Deposition of Megawine Inc. ("Megawine"), the Declarations of Fredrick S. Levin, Natalia Pokazanova, and Daniel Paluch in support thereof, the pleadings, papers, and records on file, and good cause appearing:

**IT IS HEREBY ORDERED** that Desside's emergency *ex parte* application is granted and Boris Shats, as corporate representative of Megawine, shall appear before a certified court reporter on or before August 24, 2015, to provide testimony as to Megawine's involvement with Vadim Tomchin and OJCS Mozel, including but not limited to the power of attorney and assignments of claims discussed in Desside's *ex parte* application.

**IT IS FURTHER ORDERED** that the time period for the witness to review and make changes to the transcript under Fed. R. Civ. P. 30(e) is hereby shortened to three calendar days.

DATE:__August 19, 2015_____  _____
United States District Court Judge

Submitted by:

**BUCKLEYSANDLER LLP**

/s/ Fredrick S. Levin

Fredrick S. Levin (State Bar No. 187603)
Daniel R. Paluch (State Bar No. 287231)
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Phone: (310) 424-3984
Facsimile: (310) 424-3960

*Attorneys for Petitioner Desside Holdings Limited*

1